JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JOSEPH BOHOROW, individually and on behalf of all others similarly situated,

Plaintiff,

v.

PASADENA WELLNESS DISPENSARY,

Defendant.

No. 2:25-cv-10710-JAK (Ex)

**JUDGMENT**

**JS-6: Case Closed**

Based on an order granting Plaintiff's Motion for Default Judgment and Costs against Defendant Pasadena Wellness Dispensary ("Defendant"), **IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED** that:

1. Defendant violated the Telephone Consumer Protection Act, 47 U.S.C. § 227, et seq., by transmitting telephone solicitations to Plaintiff in violation of 47 C.F.R. § 64.1200(c)(2);
2. Final judgment is entered in Plaintiff's favor, on his individual claim against Defendant under the Telephone Consumer Protection Act;
3. Plaintiff is awarded statutory damages in the amount of Four Thousand Dollars ($4,000.00);
4. Plaintiff may seek taxable costs by filing a Bill of Costs pursuant to Federal Rule of Civil Procedure 54(d) and Local Rule 54-2;
5. The putative class claims asserted in the Complaint are dismissed without prejudice;
6. This Judgment resolves all claims between Plaintiff and Defendant Pasadena Wellness Dispensary.

**IT IS SO ORDERED.**

Dated: August 5, 2026

John A. Kronstadt
United States District Judge